# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

In re:                                                    Case No. 14-81506
ALYSSA JENKINS                                            Chapter 13
    Debtor.

## MOTION TO VOLUNTARILY DISMISS

**COMES NOW,** the debtor by and through the undersigned attorney of record, and moves this Honorable Court to voluntarily dismiss the above styled cause.

**WHEREFORE**, the undersigned respectfully request this Honorable Court to dismiss this Chapter 13.

Respectfully submitted this the 9th day of February, 2015.

/s/ David S. Clark
David S. Clark (CLA068)
Attorney at Law
Attorney for Debtor
P.O. Box 1586
Opelika, AL 36801
334-749-3800

/s/ Alyssa Jenkins
ALYSSA JENKINS, Debtor

# CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing notice upon the following, by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed as follows:

BANKRUPTCY ADMINISTRATOR
One Court Square
Suite 221
Montgomery, AL 36104

UNITED STATES BANKRUPTCY COURT
One Church Street
Montgomery, AL 36104

CURTIS C. REDING
Chapter 13 Trustee
P.O Box 173
Montgomery, AL 36101

DONE this the 9th day of February, 2015.

                                              /s/ David S. Clark
                                              David S. Clark (CLA068)
                                              Attorney at Law
                                              Attorney for Debtor
                                              P.O Box 1586
                                              Opelika, AL 36801
                                              (334) 749-3800